Same case below, 596 F.3d 906.

No. 10-5725. Edward G. Fielding, Petitioner v. Michael G. Grant, Superintendent, Bay State Correctional Center.

562 U.S. 935, 131 S. Ct. 339, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7151.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-5727. Ricardo Ivan Palos-Marquez, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 339, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7406.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 591 F.3d 1272.

No. 10-5729. Carl Allen Nakagawa, Petitioner v. Colorado.

562 U.S. 936, 131 S. Ct. 339, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7212,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

No. 10-5730. Daniel J. Ortiz-Medina, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 339, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7190.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-5732. Daniel Angel Rodriguez, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7465.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-5734. Jorge Luis Aranguren-Suarez, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7632.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 557.

No. 10-5735. Courtney Omar Boyd, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7624.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 599 F.3d 360.

No. 10-5736. Darin Bowie, Petitioner v. United States.

562 U.S. 936, 131 S. Ct. 340, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7492.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 392 Fed. Appx. 480.